IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

SAM JEFFUS, As Power of Attorney
For Winnie Faye Jeffus, *et al*.                                                      PLAINTIFFS

v.                              Civil No. 1:17-cv-1072

OVATION HEALTH SYSTEMS, INC., *et al.*                                    DEFENDANTS

## **ORDER**

Before the Court is a Notice of Voluntary Dismissal. ECF No. 62. Plaintiffs give notice that this action is voluntarily dismissed without prejudice against all Defendants pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).[1] ECF No. 53. Accordingly, the Court finds that this action is **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED**, this 9th day of October, 2018.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge

---

[1] Defense counsel has indicated to the Court that Defendants may respond to Plaintiff's Notice of Voluntary Dismissal. However, no response time is warranted because a Rule 41(a)(1)(A) dismissal is an unconditional right of the parties, is effective upon entry, and does not require judicial approval. *Adams v. USAA Cas. Ins. Co.*, 863 F.3d 1069, 1078 (8th Cir. 2017).